FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 24 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TRAVEL SENTRY, INC.,

    Plaintiff,

vs.

DAVID A. TROPP and SAFE SKIES, LLC,

    Defendants.
------------------------------------------------------------x

Civil Action No. 05-cv-2338

~~PROPOSED~~ ORDER
**ADMITTING COUNSEL**
**PRO HAC VICE**

THE HONORABLE JOHN GLEESON, UNITED STATES DISTRICT JUDGE

This matter having come before the Court by motion of Seyfarth Shaw LLP, attorneys for plaintiff Travel Sentry, Inc., the Court having considered the application and good cause having been shown;

It is on this 26 day of July, 2005,

ORDERED as follows:

1.     the motion for admission of Peter S. Brooks to practice *pro hac vice* in the above-captioned matter as counsel for plaintiff Travel Sentry, Inc. is granted;

2.     Peter S. Brooks, is permitted to argue or try this particular case in whole or in part as counsel on behalf of plaintiff Travel Sentry, Inc.;

3.     Peter S. Brooks is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, a copy of this Order with the required fee is to be returned to the Clerk's Office;

4. this Order confirms the appearance of Peter S. Brooks as counsel in this case, and it will be entered on the Court's docket. A notion of Mr. Brooks' admission *pro hac vice* for the above listed case will be made on the roll of attorney; and

5. a copy of this Order be served upon all counsel of record within __5__ days hereof.

s/John Gleeson
_____
The Honorable John Gleeson
United States District Judge